**STATE of Minnesota, Appellant,**

v.

**In Re WELFARE OF C. M. S., Respondent.**

**No. 48407.**

Supreme Court of Minnesota.

June 23, 1978.

Warren Spannaus, Atty. Gen., St. Paul, Gary W. Flakne, County Atty., Vernon E. Bergstrom, David W. Larson, and Lee Barry, Asst. County Attys., Minneapolis, for appellant.

Samuel H. Bellman, Larry B. Leventhal, Minneapolis, for respondent.

Heard before SHERAN, C. J., and YETKA and SCOTT, JJ., and considered and decided by the court en banc.

**PER CURIAM.**

This is an appeal by the state from a pretrial order suppressing evidence seized pursuant to a search warrant which contained no address. The relevant facts of the present case are virtually indistinguishable from those of *State v. Mathison*, 263 N.W.2d 61 (Minn.1978). Because this case is squarely controlled by the *Mathison* decision, the order suppressing the evidence is affirmed.

Respondent is allowed $400 attorneys fees.

Affirmed.